UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | § | |
|---|---|---|
| Craig Cunningham, | § | CASE NO. 4:19-cv-00816 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TK Supplements, Inc., | § | |
| | § | |
| Defendant | | |

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. Each side is to bear its own costs and attorneys' fees. None of the rights of any putative class members, other than the plaintiff have been released or are otherwise affected by this dismissal.

SERVED AND DATED this 13th day of September, 2020.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich (*Pro Hac Vice*)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Cory S. Fein
Texas Bar No. 06879450
CORY FEIN LAW FIRM
712 Main St., #800
Houston, TX  77002
Telephone:  (281) 254-7717
Facsimile:  (530) 748-0601
E-mail: cory@coryfeinlaw.com

Lead Attorney

*Attorneys for Plaintiff*

REED SMITH LLP

*/s/ Keith M. Aurzada*
Keith M. Aurzada
State Bar No. 24009880
REED SMITH LLP
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Tel: (469) 680-4200
Fax: (469) 680-4299
kaurzada@reedsmith.com

*Attorneys for Defendant*