# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | §  Civil Action No. 4:19-CV-816 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| TK SUPPLEMENTS, INC. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Stipulation of Dismissal submitted by Plaintiff Craig Cunningham and Defendant TK Supplements, Inc. (Dkt. #17). After reviewing the Stipulation, and all relevant filings, and finding that Plaintiff and Defendant agree, the Court finds the Stipulation should be **GRANTED**. Accordingly,

It is therefore **ORDERED** that, by agreement of Plaintiff and Defendant, all claims against Defendant TK Supplements, Inc. in the above-entitled and number action are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that, by agreement of Plaintiff and Defendant, each party shall bear their own costs and attorneys' fees.

None of the rights of any putative class members, other than Plaintiff, have been released and/or are otherwise affected by this dismissal.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 16th day of September, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE